IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY TYRON ROBERTSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 12-1109 |
| v. ) | |
| ) | |
| MR. STICKMAN, <u>et al.</u>, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on August 7, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 8], filed on March 20, 2013, recommended that the Petition be denied and that a certificate of appealability be denied. The parties were allowed fourteen (14) days from the date of service to file objections. No objections were filed. After <u>de novo</u> review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 11th day of April, 2013;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED. IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

The Report and Recommendation [ECF No. 8] of Magistrate Judge Baxter, filed on March 20, 2013, is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge